HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:24-CR-00083-KES |
|---|---|
| *Plaintiff,* | ) **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | ) |
| LETICIA SANCHEZ, | ) |
| *Defendant,* | ) |

Defendant Leticia Sanchez, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

On October 21, 2024, a Superseding Petition for Violation of Supervised Release was issued in the above captioned case. Ms. Sanchez had an initial appearance on the Superseding Petition in Sacramento on December 13, 2024. Counsel is needed in advance of Ms. Sanchez's arrival in Fresno to assist with arrangements for her initial appearance here.

Ms. Sanchez submits the Financial Affidavit as evidence of her inability to retain counsel. Therefore, after reviewing his Financial Affidavit it is respectfully recommended that counsel be promptly appointed.

DATED: December 20, 2024           */s/ Peggy Sasso*
                                    PEGGY SASSO
                                    First Assistant Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel be promptly appointed, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **December 23, 2024**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE