Michael W. Berdinella, SBN: 085038
The Law Office of Michael W. Berdinella
726 W. Barstow, Suite 100
Fresno, CA 93704
559-436-8000 | 559-436-8900

attyberdinella@gmail.com
Attorney for Defendant,
Leticia Sanchez

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**<br>          **Plaintiff**<br><br>     v.<br><br>**LETICIA SANCHEZ,**<br>          **Defendant** | **Docket No. 1:24-CR-00083-001**<br><br>**RELEASE ORDER FOR DEFENDANT LETICIA SANCHEZ**<br>**USM NO. 64133-509**<br>**FRESNO COUNTY JID NO. 7126808**<br>**DOB: 10/04/1987**<br><br>**RELEASE DATE: FEBURARY 05, 2025**<br>**TIME: 10:00 A.M.**<br>**JUDGE: HON. KIRK E. SHERRIFF**<br>**COURTROOM DEPUTY: VICTORIA GONZALES** |

 TO THE UNITED STATES MARSHAL'S OFFICE FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO THE FRESNO COUNTY SHERIFF'S OFFICE, FRESNO, CALIFORNIA

**IT IS HEREBY ORDERED** that on Wednesday, February 5, 2025, at 10:00 a.m., the United States Marshal's Office for the Eastern District of California and the Fresno County Sheriff's

RELEASE ORDER FOR DEFENDANT LETICIA SANCHEZ - 1

Office, Fresno, California shall release the Defendant, Leticia Sanchez (USM No. 64133-509/Fresno County JID No. 7126808), and her property to Kathy Grinstead of Early Intervention Services or any Early Intervention Services representative, who is then to transport Defendant Leticia Sanchez directly to the Rose Julian Riordon Tranquility Village Residential Treatment Program at 559 Mendicino Court, Atwater, California, 95301.

IT IS SO ORDERED.

Dated: February 3, 2025

_____
UNITED STATES DISTRICT JUDGE

RELEASE ORDER FOR DEFENDANT LETICIA SANCHEZ - 2