MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: atyberdinella@gmail.com
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant,
Leticia Sanchez

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **Case No.: 1:24-CR-00083-1** |
| Plaintiff, ) | |
| ) | **DEFENDANT COUNSEL'S MOTION TO TERMINATE CJA APPOINTMENT AND ORDER** |
| vs. ) | |
| **Leticia Sanchez,** ) | |
| Defendant. ) | |

**To the Honorable Judge Kirk E. Sheriff, United State District Court Judge for the Eastern District of California:**

On January 3, 2025, CJA Panel Attorney Michael W. Berdinella was appointed by Magistrate Judge Barbara A. McAuliffe as Counsel to represent Defendant Leticia Sanchez for a Violation of Supervised Release with 4 charges: Charge 1, A New Law Violation for 487(A) PC, Grand Theft; Charge 2, Failure to Follow Instructions of the Probation Officer, for a failure to report; and Charge 3, Failure to Participate in Drug Testing as directed. The Defendant had admitted to Charge 1 on September, 28, 2024 in the United States Magistrates Court.

On February 3, 2024, the Defendant was Sentenced to time served and a 12-month in-patient program at Rose Julian Riordon Tranquility Village Residential Treatment Program at 559 Mendicino Court, Atwater, California, 95301.

Having completed his representation of Ms. Sanchez, CJA attorney Michael W. Berdinella now moves to terminate his appointment under the Criminal Justice Act.

Should Ms. Sanchez require further legal assistance she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist her.

Dated: __02/20/2025_____        Respectfully submitted,

*/s/ Michael W. Berdinella*
Michael W. Berdinella
Attorney for Defendant
Leticia Sanchez

**ORDER**

Having reviewed the notice and found that attorney Michael W. Berdinella has completed the services for which he was appointed, the Court hereby grants attorney Michael Berdinella's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Leticia Sanchez at the following address and to update the docket to reflect Defendant's pro se status and contact information:

Leticia Sanchez
Rose Julian Riordon Tranquility Village
Residential Treatment Program
559 Mendicino Court
Atwater, California, 95301

IT IS SO ORDERED.

Dated:   February 20, 2025

_____
UNITED STATES DISTRICT JUDGE