HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LETICIA SANCHEZ

**FILED**
Aug 11, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>LETICIA SANCHEZ,<br>Defendant. | Case No. 1:24-cr-00083-KES-EPG<br>ORDER FOR RELEASE<br>Judge: Hon. Frank J. Singer |

IT IS HEREBY ORDERED that defendant Leticia Sanchez (Fresno County Sheriff's Office JID No. 7126808) shall be released from the Fresno County Jail on Thursday, August 13, 2026, at 8:00 a.m. and transported to The Rose Julia Riordan Tranquility Village, in Atwater, California, for intake and admission into the program. To ensure his safe transport to the program, the jail will release Ms. Sanchez to the custody of Kevin Mitchel, Federal Defender Office representative.

IT IS SO ORDERED.

Dated: August 11, 2026

UNITED STATES MAGISTRATE JUDGE