HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LETICIA SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>LETICIA SANCHEZ,<br>Defendant, | Case No. 1:24-cr-00083-KES<br>**JOINT STATUS REPORT AND ORDER**<br>Date: September 24, 2026<br>Time: 2:00 p.m.<br>Judge: Hon. Frank J. Singer |

This case is set for a status conference on September 24, 2026. In anticipation of the upcoming court appearance, and in the interest of preserving Court resources, the parties hereby submit this joint status report, and stipulate as follows:

1. Ms. Sanchez was ordered released pending the disposition of a supervised release violation petition. ECF Dckt. # 36. As a condition of her release, Ms. Sanchez was ordered to participate in a residential substance abuse treatment program. *Id*.
2. Ms. Sanchez was initially admitted the Tranquility program, but has since been transferred to the Nirvana program. Ms. Sanchez has been in contact with her supervision officer about her situation. Ms. Sanchez was successfully admitted into the Nirvana program, and Ms. Sanchez has been abiding by all the rules and regulations of the program. Ms. Sanchez is progressing through the program. Defense counsel has been in contact with Ms. Sanchez and her counselor at the program. Ms.

Sanchez is expected to graduate on or around December 3, 2026.

3. In light of Ms. Sanchez's expected graduation date, the parties hereby request that the upcoming September 24, 2026 status conference be continued to December 1, 2026.

4. The parties have conferred with US Probation Officer Whitney Mize, who agrees with this request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: September 11, 2026

*/s/ Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
LETICIA SANCHEZ

ERIC GRANT
United States Attorney

Dated: September 11, 2026

*/s/ Brendan Daly*
BRENDAN DALY
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**GOOD CAUSE APPEARING**, the status conference currently scheduled for September 24, 2026 status conference is hereby continued to **December 1, 2026 at 2:00 p.m. before Magistrate Judge Erin Guy Castillo**.

Dated: September 14, 2026

HON. FRANK J. SINGER
United States Magistrate Judge